SPORTIQUE MOTORS, INC. *v.* RONALD NETTER ET AL.
(11174)

O'CONNELL, FOTI and LAVERY, Js.

Argued April 27—decision released May 18, 1993

*Laurence P. Nadel,* for the appellant-appellee (defendant).

*James A. Miller, Jr.,* for the appellee-appellant (plaintiff).

PER CURIAM. The judgment is affirmed.